In the Matter of the Claim of CARMEN GROVANIELL, Respondent, against TRANSIT DEVELOPMENT COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

FALLSBURGH LUMBER COMPANY, INC., Respondent, v. MAX STERNBERG, Appellant.— Order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of NATHAN ARONOWS, Respondent, against HERBERT M. MANFORD Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of ABRAM BARKSDALE, Respondent, against SUTTON & SUDERLY BRICK COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

In the Matter of the Claim of ARTHUR BIRMAN, Respondent, against FAIRMOUTH AUTO REPAIR COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of KATHERINE BYRNES, Respondent, against SAKS-HERALD SQUARE and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of MADELINE BUTLER, Respondent, against WILLIAM T. McENANEY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of MARION BAUMANN, Respondent, against AUGUST BARTH and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

In the Matter of the Claim of JOSEPH BENSUSSAN, Respondent, against ALBERT J. AMATEAU and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed on the ground that the finding that claimant suffered total disability during the period of the award is without evidence to support it; and claim remitted, with costs against the State Industrial Board to abide the event, to have the earning capacity of the claimant determined. Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ., concur.

In the Matter of the Claim of HELEN BROWNE, Respondent, against TODD DRY DOCK ENGINEERING AND REPAIR CORPORATION, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of M. BENTLEY, Respondent, against P. N. CARLL and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board, on the authority of Gross v. Hudson Reade Corporation (215 App. Div. 632). Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.